NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LOUELLA T. CALDWELL,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-4387
                                        )
LINDA TRUMBLE,                          )
                                        )
            Appellee.                   )
_____ )

Opinion filed March 15, 2019.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Bard D. Rockenbach and Adam Richardson
of Burlington & Rockenbach, P.A., West
Palm Beach; and Dean Burnetti of Dean
Burnetti Law, Lakeland, for Appellant.

Ezequiel Lugo of Banker Lopez Gassler
P.A., Tampa; and DeeAnn J. McLemore
and Charles W. Hall of Banker Lopez
Gassler P.A., St. Petersburg, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, MORRIS, and BLACK, JJ., Concur.